UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

ROBIN HOOD, LLC,

    Debtor.　　　　　　　　　　　　　　　　　　　　No.

**AFFIDAVIT OF GEORGE DAVE GIDDENS AND DISCLOSURE OF COMPENSATION PURSUANT TO RULES 2014 AND 2016**

STATE OF NEW MEXICO　)
　　　　　　　　　　　　)ss.
COUNTY OF BERNALILLO　)

George Dave Giddens, being first duly sworn and pursuant to Rules 2014 and 2016 of the Official Bankruptcy Rules, deposes and states:

1. I am over the age of eighteen (18) years and I am competent to testify of the matter set forth herein.

2. I am an attorney duly admitted to practice before the courts of the State of New Mexico and the United States District Court for New Mexico.

3. I am an attorney in the law firm of The Law Office of George "Dave" Giddens, P.C. (the "Firm"), the firm that the Debtor has requested the Court to approve to act as counsel for the Debtor and Debtor in Possession in this case.

4. The Firm is well qualified to assist counsel for the Debtor on any matters arising in the case.

5. To the best of my knowledge, the Firm and its Attorneys have no connection with the Debtor, or its creditors or any other party in interest or their respective attorneys. The Firm has been paid a retainer in the amount of $12,124.37 by Debtor. The firm was paid $2,875.63 for pre-petition services and tax. The Firm will represent Debtor and the Estate. Additionally, the Firm and its members and

-1-

associates do not hold or represent or have any connection with the United States Trustee or any person employed in the office of the United States Trustee.

6. The Firm, its members, and its associates do not hold any interest adverse to the above entitled estate.

7. The Firm, its members, and its associates have not shared or agreed to share compensation with any other entity.

8. The Firm is to render as counsel are as follows:

    a. To represent and to render legal advice to the Debtor regarding all aspects of this bankruptcy case, including, without limitation, any issues related to the continued operation of Debtor's business, meeting of creditors, cash collateral issues, claims objections, adversary proceedings, plan confirmation and all hearings before this Court;

    b. To prepare on behalf of the Debtor necessary answers, motions, applications, orders, reports and other legal papers;

    c. To perform any other legal services for the Debtor as deemed appropriate.

10. The Debtor desires to employ said Firm at the hourly rate of $285.00 for George Dave Giddens, $200.00 for Patricia A. Bradley, $175.00 per hour for Ann Washburn, $165.00 per hour for Denise J. Trujillo, $160.00 per hour for Chris M. Gatton and $90.00 per hour for legal assistant time, plus costs, expenses and applicable taxes.

11. Attorneys will render statements to the Debtor on a monthly basis. The Attorneys seek authority from the Bankruptcy Court for the Debtor to pay Attorneys, prior to the Court's determination of the allowability of Attorneys' compensation, on a monthly basis, for 75% of attorneys fees and 100% of reimbursable costs and applicable gross receipts tax. All fees, costs and gross receipts tax paid on a monthly

basis or otherwise (including rates charged) would be subject to ultimate approval of the Bankruptcy Court under Bankruptcy Code §§ 328, 330 and 331. Attorneys will file fee applications at least every 180 days. The fee applications will contain a detailed statement showing services performed by Attorneys and compensation received.

_____
Patricia A. Bradley

SUBSCRIBED AND SWORN TO before me this 27 day of April, 2011, by Patricia A. Bradley.

_____
Notary Public

My Commission expires:

October 29, 2014

OFFICIAL SEAL
Jennifer Higuera
NOTARY PUBLIC-STATE OF NEW MEXICO
My commission expires: 10·29·14

### Certificate of Service

I hereby certify that a copy of the foregoing was sent by first class U.S. Mail to:

Office of the United States Trustee
P.O. Box 608
Albuquerque, NM 87103

on the 27TH day of April, 2011.

S/submitted electronically,04.27.11
Patricia A. Bradley

-3-
Case 11-11912-11    Doc 5    Filed 04/27/11    Entered 04/27/11 16:05:39 Page 3 of 3